# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163121(12)(13)

MARIAN ZOMA,
        Plaintiff,

v                                             SC: 163121

BOARD OF LAW EXAMINERS,
        Defendant.
_____/

On order of the Chief Justice, the motions of defendant to extend the time for filing its answer and to seal the appendix to the answer are GRANTED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2021

Clerk